UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAY 5 2009
MAY 5 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Louis Fusullo and Appoint a Public Defender or Duty Attorney
(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

The People of the United States

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

09CV2760
JUDGE GETTLEMAN
MAG. JUDGE ASHMAN

Case
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Louis Fasullo

B. List all aliases: King Louis

C. Prisoner identification number: 816987 / R30073 Illinois Department of Correction ID#

D. Place of present confinement: Elgin Mental Health Center

E. Address: 750 South State Street, Elgin, Il 60123

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Robert W. Gettleman

Title: District Judge at NDIL

Place of Employment: 219 S Dearborn St, Chicago, Il

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: 06-404, 06-835, 06-836, 07-100, 07-116, 07-430, 08-583, 08-584, 08-857, 09-088 and 09-222

    B. Approximate date of filing lawsuit: June of 2006 to March of 2009

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Louis Fasullo

    D. List all defendants: Carolina Fasullo, Lisa Pickett, Dena Bennett, Michael Gurski, The People of the US, Federal Communications Commission, Central Intelligence Agency, IDoc, Samual Burns and Rudy Memmem, Judge Kevin M. Sheehan and clerks in Perry County and Southern District of Illinois

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): SDIL, Supreme Court of Illinois, Appeals of 7th

    F. Name of judge to whom case was assigned: G. Patrick Murphy, Michael J. Reagan, WDS, J. Phil Gilbert, David R. Herndon, Kevin M. Sheehan and the Court SCt.

    G. Basic claim made: False imprisonment, parentage, conspiracy, extortion, pirvate of Television and Radio, slander, defame, exploitation, harassment and Ritulist abuse of children.

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): dismissed with prejudice, can't pay filing fees, 28 USC sect. 1915(g), 7th Circuit Appeals no money for filing fees 09-088 and 09-222 pending Declaration of Rights.

    I. Approximate date of disposition: Some cases pending.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

- Cont'd. -

# Describe Additional Law Suits:

A. MD11981, MD11231 and MD11232

B. % October 2007 to November 2008

C. Louis Fusullo

D. Clerk for Perry County, Il. The First Appellant Court, Judge Kevin M. Sheehan and the IDOC.

E. The Supreme Court for Illinois

F. The Court

G. Clerk for Perry won't file papers and a lieutenant at Pinckneyville took away papers, in my cell to another inmates Notice for sentence reduction.

H. Denied

I. 2008.

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The Petitioner Louis Fasullo has two cases in the NDIL and because of the three strikes, the Judge Robert W. Gettleman won't order in forma pauperis or a PD or Duty Attorney.

The Petitioner Louis Fasullo wants to prosecute because in complaints case #09C1750 and 09C1751 the Petitioner Louis Fasullo has really been violated. A correctional officer Tate at Stateville Correctional Center had insulted me and a Counselor Miss Jones at Cook County Jail had demurred the Petitioner Louis Fasullo's papers so that he couldn't mail his absentee ballot in Statutes of limitation to vote.

The Honourable has to be written that the petitioner Louis Fasullo has three strikes pursuant to 28 USC sect. 1915(g), but the petitioner Louis Fasullo does believe that he's in imment danger because of the Tinley Park murders [in one case 08-857 SDIC] the Petitioner Louis Fasullo writes that because of the run-in of the two clothing stores and because the mafia don't want a trial, might have murdered in Tinley Park. That store in Tinley Park would have taken the Defendant Carolina Fasullo to Court because the Defendant Carolina Fasullo has a friend Josephina that also owned a clothing store. See page 5.

4

The petitioner Louis Fasullo believes that some unknown badest person has treatened my daughter [case #08-8575DIL] the Petitioner Louis Fasullo wants parentage. The Petitioner Louis Fasullo believes that my daughter lives with her mother Nichol Gurski [I can't spell the last name] and Nichol's mother use to or still lives, on about, Central avenue and 22nd St. in Cicero, Il

The Petitioner Louis Fasullo ain't a born attorney nor did the petitioner Louis Fasullo go to law school or have a bar number; and if the Petitioner Louis Fasullo ain't learned on how to prosecute, the Judges should have been learned of that fact and appoint an attorney or PD; in [case # 06-404 SDIL] if G. Patrick Murphy saw that the Petitioner Louis Fasullo didn't understand what he was doing, then... G. Patrick Murphy should have Ordered a PD or Duty Attorney.

In case# 08-8545DIL Michael J. Reagan Ordered, see document 6, filed 03-02-09, page 2of3. "When presented with a request to appoint counsel, the court must make the following inquiries: (1) has the plaintiff made a reasonable attempt to obtain counsel or effectively been precluded from doing so and (2) given the difficulty of the case, does the plaintiff appear competent to litigate it himself." Pruitt v. Mote, 503 F.3d 647, 854-55 (7th Cir. 2007).

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The Petitioner Louis Fasullo prays that the Judge Order that a PD or Duty Attorney be appointed, that if the complaint need to be amended that a PD or Duty Attorney amend papers, that the Petitioner Louis Fasullo see his violators prosecuted and pay for damages of the complaints in the ND IL case # 09 CI 750 and 09 CI 751. Amen.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 23 day of April, 20 09

*Louis Fasullo*
(Signature of plaintiff or plaintiffs)

Louis Fasullo
(Print name)

@ EMHC 816987 @ IDOC R30073
(I.D. Number)

Elgin Mental Health Center
750 S. State St.
Elgin, IL 60123
(Address)

6

Revised 9/2007